**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| IN RE:<br>   William H.J. Snively<br>   Brinda Lynn Snively<br>                         Debtors | CASE NO: 11-33797<br>      (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4400899**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | William H.J. Snively & Brinda Lynn Snively<br>8225 East Troy Urbana Rd.<br>Casstown, OH  45312 | 2,867.38 |

/s/ Jeffrey M. Kellner
―――――――――――――――――――――
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 2/7/2017

<u>CERTIFICATE OF SERVICE</u>　　　　　　　　　　11-33797

I hereby certify that on February 8, 2017, a copy of the attached was served on the following ECF participants electronically through the court's ECF System at the email address registered with the court.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

CATHY J WEITHMAN
201 W COURT ST
URBANA, OH 43078

And on the following by ordinary U.S. Mail, on February 8, 2017:

William H.J. Snively
8225 East Troy Urbana Rd.
Casstown, OH 45312

Brinda Lynn Snively
21725 Suber Road
Conover, OH 45317

(19.1n)
CR EVERGREEN II LLC
MS 550
BOX 91121
SEATTLE, WA 98111

(21.1n)
GE CAPITAL RETAIL BANK
% RECOVERY MANAGEMENT SYSTEMS CORP
25 SE 2ND AVENUE SUITE 1120
MIAMI, FL 33131-1605

(24.1n)
JEFFERSON CAPITAL SYSTEMS LLC
BOX 7999
SAINT CLOUD, MN 56302

(20.1n)
MARK R LEMBRIGHT
1500 W THIRD ST
STE 400
CLEVELAND, OH 44113

(22.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA 23541

(23.1n)
PYOD LLC
%RESURGENT CAPITAL SERVICES
BOX 19008
GREENVILLE, SC 29602

William H.J. Snively
8225 East Troy Urbana Rd.
Casstown, OH 45312

1133797_42_20170207_1525_278/T317_jh